UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:16CR528AGF |
| | ) | |
| CALEB LAUBINGER, | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST TO CONTINUE SENTENCING HEARING

COMES NOW Defendant, by and through counsel Patrick S. Kilgore, respectfully requests this Court to continue the Sentencing Hearing in this matter currently set for January 30, 2018 at 10:00 am.   Counsel requires additional time to obtain records and other information in order to prepare for the Sentencing Hearing; therefore, counsel requests that the sentencing in this matter be continued for a period of 30 days to a date mutually convenient for the Court and the parties.

 Counsel has spoken to Assistant United States Attorney John Davis regarding this request; Mr. Davis has no objection.

Respectfully submitted,

By:/s/ Patrick S. Kilgore
Patrick S. Kilgore, #44150MO
Attorney for Defendant

1015 Locust, Suite 914
St. Louis, Missouri 63101
(314) 621-1800/Facsimile (314)621-4222

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2018, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John Davis, Assistant United States attorney.